# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN L HATCH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:18-CV-04146** |
| | § | |
| **TURNER M. JONES,** *et al,* | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court are two motions: (1) Defendant Nationwide Coin & Bullion Reserve, Inc.'s ("NCBR") motion to compel arbitration and stay the proceedings (Doc. 16); and (2) Plaintiff John L. Hatch's motion for costs associated with service of the complaint (Doc. 27). On October 30, 2019, Judge Palermo issued a Report and Recommendation as to both motions (Doc. 30), recommending that the motion to compel arbitration (Doc. 16) be DENIED and that the motion for costs (Doc. 27) be DENIED WITHOUT PREJUDICE. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, NCBR's motion to compel arbitration and stay the proceedings (Doc. 16) is hereby **DENIED** and Plaintiff's John L. Hatch's motion for costs (Doc. 27) is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 15th day of November 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE