United States District Court
Southern District of Texas

**ENTERED**
August 18, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN L. HATCH,** § | | |
|        PLAINTIFF § | | |
| § | | |
| *versus* § | | |
| § | | |
| **TURNER M. JONES,** § | CIVIL ACTION NO. 4:18-cv-4146 | |
| **LAWRENCE KUYKENDALL,** § | | |
| **MELIDA RAMIREZ,** § | | |
| **NATIONWIDE COIN &** § | | |
| **BULLION RESERVE, INC.,** § | | |
|        DEFENDANTS § | | |

## ORDER ON UNOPPOSED SECOND AMENDED DOCKET CONTROL ORDER

The Court considered the Unopposed Motion for Entry of Second Amended Scheduling/Docket Control Order (Dkt. 50) filed by Plaintiff, John L. Hatch, and has determined that said motion should be GRANTED.

It is therefore ORDERED that the Court will enter a Second Amended Scheduling/Docket Control Order moving the trial date and related deadlines approximately three (3) months in accordance with the Second Amended Scheduling/Docket Control Order proposed and submitted by Plaintiff.

Signed on ____August 17_____, 2020.

                                                                         _____
                                                                          KEITH P. ELLISON
                                                                          UNITED STATES DISTRICT JUDGE